UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV15-7185 SJO (FFMx) | Date | March 30, 2016 |
|---|---|---|---|
| Title | JASON HULLINGER, et al. v. KUNAL ANAND, et al. | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 25, 2016, this Court entered an order requiring defendant Prevoty, Inc. to provide a full response to plaintiffs' Interrogatory No. 2. That response was due within 10 days of the date of the order. On March 29, 2016, plaintiffs filed a letter brief requesting this Court to enforce the January 25, 2016, order. Plaintiffs contend that defendant, without excuse, failed to provide the information required by the interrogatory.

This Court need not remind defendant that it expects its orders to be obeyed. Under the circumstances, defendant is ordered to show cause, within 10 days of the date of this order, why its answer should not be stricken for failure to comply with a court order.

IT IS SO ORDERED.

                                                                                                JM