| | |
|---|---|
| 1 | Marc A. Fenster (State Bar No. 181067) |
|   | mfenster@raklaw.com |
| 2 | Brian D. Ledahl (State Bar No. 186579) |
|   | bledahl@raklaw.com |
| 3 | RUSS AUGUST AND KABAT |
|   | 12424 Wilshire Boulevard 12th Floor |
| 4 | Los Angeles, CA 90025 |
| 5 | 310-826-7474 |
|   | 310-826-6991 (fax) |

*Attorneys for Defendants Kunal Anand, Julien Bellanger Jamie McNeil and Prevoty, Inc.*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HULLINGER, an individual, *et al.* | Case No. 2:15−cv−07185−SJO−FFM |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | |
| KUNAL ANAND, an individual, *et al.* | Judge: Hon. S. James Otero |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs Jason Hullinger, Benjamin de Bont and Agora Systems LLC ("Plaintiffs") and Defendants Kunal Anand, Julien Bellanger, Prevoty, Inc., Jamie McNiel, Michael Stern, Adam Lilling, Plus Capital, L.P., Plus Ventures TMG I, LLC, Plus Ventures Gee, GP, Dan Kaminsky, U.S. Ventures Partners, U.S. Venture Partners, XI, LP, Karlin Ventures, LLC, Launchpad LA, LLC Launchpad LA Fund II, LP, and Sam Teller ("Defendants"), hereby notify the Court that, in connection with the mediation conducted by the parties pursuant to the Court's Orders, the parties have reached a settlement in principle of the disputes in this matter. The parties will prepare a confidential settlement agreement to document the terms of the settlement, after which the parties will submit an appropriate stipulation of dismissal. The Parties respectfully request that pending calendared dates in this matter be taken off calendar pending submission of an appropriate stipulation of dismissal.

DATED: March 31, 2017          By:      */s/ Guy Ruttenberg*

Guy Ruttenberg
RUTTENBERG IP LAW, A
PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
*Attorney for Plaintiffs*

| | | | |
|---|---|---|---|
| DATED: March 31, 2017 | By: | */s/ Jerrold Abeles* | |

Allan E. Anderson
Jerrold Abeles
Franjo M. Dolenac
Jeffrey R. Makin
Douglas E. Hewlett
Anandcase@arentfox.com
ARENT FOX LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013-1065
213-629-7400
213-629-7401 (fax)

*Attorneys for Defendants Adam Lilling, Plus Capital, L.P., Plus Ventures TMG I, LLC, Plus Ventures Gee, GP, Michael Stern, Sam Teller, Launchpad LA, LLC, Launchpad LA Fund II, L.P., and Dan Kaminsky*

| | | | |
|---|---|---|---|
| DATED: March 31, 2017 | By: | */s/ Brian D. Ledahl* | |

Matthew A. Rips
Marc A. Fenster
Brian D. Ledahl
Jean Y. Rhee
Paul A. Kroeger
Prevoty@raklaw.com
RUSS AUGUST AND KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025
310-826-7474
310-826-6991 (fax)

*Attorneys for Defendants Kunal Anand, Julien Bellanger, Jamie McNeil, and Prevoty, Inc.*

2
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

| | | | |
|---|---|---|---|
| 1 | DATED:  March 31, 2017 | By: | */s/ Stephen A. Scott* |
| 2 | | | Stephen A. Scott |
| 3 | | | sscott@hayesscott.com |
| | | | Dara Tang |
| 4 | | | dtang@hayesscott.com |
| 5 | | | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |
| 6 | | | 203 Redwood Shores Pkwy #480, Redwood City, CA 94065 |
| 7 | | | 650-562-6641 |
| | | | 650-637-8071 (fax) |
| 8 | | | *Attorneys for Defendants U.S. Venture Partners and U.S. Venture Partners, XI, L.P.* |

11  DATED:  March 31, 2017        By:        */s/ Susan Allison*

Susan Allison
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
310-203-8080
310-203-0567 (fax)
*Attorney for Defendant Karlin Ventures, LLC*

   I, Brian Ledahl, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.


         */s/ Brian Ledahl*
           BRIAN LEDAHL

## CERTIFICATE OF SERVICE

I certify that I caused to be served counsel of record on March 31, 2017 with JOINT NOTICE OF SETTLEMENT IN PRINCIPLE via CM/ECF.

Executed on March 31, 2017 in Los Angeles, California.

By: _____*/s/ Brian Ledahl*_____
 BRIAN LEDAHL