Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bassil Madanat, Bar No. 285280
bassil@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiffs Jason Hullinger,
Benjamin de Bont and Agora Systems LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HULLINGER, an individual, *et al.*<br><br>             Plaintiffs,<br>    v.<br><br>KUNAL ANAND, an individual, *et al.*<br><br>             Defendants. | Case No. 2:15−cv−07185−SJO−FFM<br><br>**JOINT NOTICE CONFIRMING EXECUTION OF FINAL SETTLEMENT AGREEMENT**<br><br>Judge: Hon. S. James Otero |

Pursuant to the Court's Order of June 9, 2017 (Dkt. No. 552), the parties hereby confirm that they have executed a final settlement agreement.

Per the June 9, 2017 Order, the parties understand that the filing of this "Joint Notice Confirming Execution of Final Settlement Agreement" automatically extends the stay of litigation up through and including June 30, 2017.

The parties' settlement agreement requires satisfaction of a condition precedent before dismissal of this litigation. Once that condition precedent occurs, the parties expect to file a Stipulated Notice of Dismissal, which will also request that the Court retain jurisdiction to enforce the parties' settlement agreement. The parties expect to file a Stipulated Notice of Dismissal on or before June 30, 2017.

DATED: June 12, 2017     By:    */s/ Guy Ruttenberg*

Guy Ruttenberg
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
*Attorney for Plaintiffs*

DATED: June 12, 2017     By:    */s/ Brian Ledahl*

Matthew A. Rips
Marc A. Fenster
Jean Y. Rhee
Paul A. Kroeger
Brian D. Ledahl
Prevoty@raklaw.com
RUSS AUGUST AND KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025
310-826-7474
310-826-6991 (fax)
*Attorneys for Defendants Kunal Anand, Julien Bellanger and Prevoty, Inc.*

1
JOINT NOTICE RE FINAL SETTLEMENT AGREEMENT

| | | | |
|---|---|---|---|
| DATED: June 12, 2017 | By: | */s/ Jerry Abeles* | |

Allan E. Anderson
Jerrold Abeles
Franjo M. Dolenac
Jeffrey R. Makin
Douglas E. Hewlett
Anandcase@arentfox.com
ARENT FOX LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013-1065
213-629-7400
213-629-7401 (fax)
*Attorneys for Defendants Kunal Anand, Julien Bellanger, Jamie McNiel, Adam Lilling, Plus Capital, L.P., Plus Ventures TMG I, LLC, Plus Ventures Gee, GP, Michael Stern, Sam Teller, Launchpad LA, LLC, Launchpad LA Fund II, L.P., and Dan Kaminsky*

| | | | |
|---|---|---|---|
| DATED: June 12, 2017 | By: | */s/ Stephen Scott* | |

Stephen A. Scott
sscott@hayesscott.com
Dara Tang
dtang@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP
203 Redwood Shores Pkwy #480, Redwood City, CA 94065
650-562-6641
650-637-8071 (fax)
*Attorneys for Defendants U.S. Venture Partners and U.S. Venture Partners, XI, L.P.*

| | | |
|---|---|---|
| DATED: June 12, 2017 | By: | /s/ Susan Allison |

Susan Allison
sallison@jmbm.com
Talya Goldfinger
tgoldfinger@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
310-203-8080
310-203-0567 (fax)
*Attorney for Defendants Karlin Ventures, LLC*

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

/s/ Guy Ruttenberg
GUY RUTTENBERG

# CERTIFICATE OF SERVICE

I certify that I caused to be served counsel of record on June 12, 2017 with JOINT NOTICE CONFIRMING EXECUTION OF FINAL SETTLEMENT AGREEMENT via CM/ECF.

Executed on June 12, 2017 in Los Angeles, California.

By: ___*/s/ Guy Ruttenberg*___
GUY RUTTENBERG

| | |
|---|---|
| Allan E. Anderson<br>Jerrold Abeles<br>Franjo M. Dolenac<br>Jeffrey R. Makin<br>Douglas E. Hewlett<br>Anandcase@arentfox.com<br>ARENT FOX LLP<br>555 West Fifth Street 48th Floor<br>Los Angeles, CA 90013-1065<br>213-629-7400<br>213-629-7401 (fax) | Matthew A. Rips<br>Marc A. Fenster<br>Jean Y. Rhee<br>Paul A. Kroeger<br>Brian D. Ledahl<br>Prevoty@raklaw.com<br>RUSS AUGUST AND KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, CA 90025<br>310-826-7474<br>310-826-6991 (fax) |
| Stephen A. Scott<br>sscott@hayesscott.com<br>Dara Tang<br>dtang@hayesscott.com<br>HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP<br>203 Redwood Shores Pkwy #480,<br>Redwood City, CA 94065<br>650-562-6641<br>650-637-8071 (fax) | Susan Allison<br>sallison@jmbm.com<br>Talya Goldfinger<br>tgoldfinger@jmbm.com<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067<br>310-203-8080<br>310-203-0567 (fax) |